CITY OF ROCHESTER, Respondent, v. GUTBERLETT, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 18, 1912.) Action by City of Rochester against Edward C. Gutberlett. No opinion. Application for stay pending appeal to Court of Appeals denied, without costs. See, also, 137